AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00254 |
| DONA SUE BISSEY, (DOB: XXXXXXXXX) | ) Assigned to: Judge Faruqui, Zia M |
| ANNA MORGAN-LLOYD, (DOB: XXXXXXXX) | ) Assign Date: 2/23/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

Code Section                          Offense Description

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_Danielle Lockridge_
Complainant's signature

Danielle N. Lockridge, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/23/2021

Judge's signature

City and state: Washington, D.C.            Zia M. Faruqui, United States Magistrate Judge
Printed name and title