AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00254 |
| ANNA MORGAN-LLOYD | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/23/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANNA MORGAN-LLOYD ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 02/23/2021

2021.02.23
12:42:10 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.          Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/23/2021 , and the person was arrested on *(date)* 02/24/2021
at *(city and state)* Bloomington, Indiana .

Date: 02/24/2021

*Arresting officer's signature*

Joseph Henry      TFO
*Printed name and title*