**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**

       **v.**                                **21-CR-164 RCL**

**ANNA MORGAN LLOYD**


**MEMORANDUM IN SUPPORT OF PROBATIONARY SENTENCE**

    Mrs. Anna Morgan LLoyd  is a forty nine year old grandmother who drove to Washington, D.C. on January 5, 2021 at the invitation of her hair- dresser and friend Dona Bissey, to hear the President speak.  According to F.B.I. reports, Mrs. Lloyd's statements to law enforcement and to the filed Criminal Information,  she was present during protests in the Capitol Building. She has plead guilty to Count IV of the Information. **Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G)

    The parties agree that a sentence of Probation, with 40 hours of community service and an Order of Restitution of $500.00 is a just and fair sentence pursuant to 18 USC §3553 (a) that is not greater than necessary to reflect the seriousness of the offense;  to promote respect for the law and to provide just punishment for the offense; to afford adequate deterrence; to protect the public from further crimes of the defendant.

    Mrs. Lloyd has never before been in legal difficulty.  She assures the Court she does not intend or expect to ever again break the law.  Mrs. Lloyd is the youngest of three daughters born in rural Indiana to Mary and Richard Morgan. When she was a little girl her parents divorced. Her father abandoned the family. Her mother got a job in order to support the children and to be removed from public assistance. Her mother worked at General Electric building refrigerators. The sisters took care of each other.  They went to school, did the housework and did

their homework.  Food and money were scarce.  Anna was very close to her sisters and her mother. After High School she wanted to join the military.  Her mother disapproved, so Anna took a job close to home.  She worked as a waitress for some time. She eventually got a job at General Electric where her mother worked. Her life was basically work and family.  In 2000 her mother died suddenly. Anne was supported through her grief by a childhood friend--who later become her husband.

She married her husband Shawn Lloyd in 2002.  She had had a crush on him when she was a teenager.  She met him as an adult in 2000 when he was going through a difficult divorce.  His ex wife had mental health problems and he had custody of his young daughters Anna assumed  the responsibilities of motherhood--with no experience.  Family life was made difficult by the behavior of Shawn's ex wife towards her daughters.  Anna tried to always be there, when the girls needed her.

When GE sent Anna's job overseas, she returned to school at Ivy Tech Community College.  She also volunteered at Joyful Noise--a music group for school children. After she graduated from Community College, she was employed at Cook Medical. She worked at Cook for 13 years producing medical equipment used in minimally invasive surgeries.

At this time Anna is no longer working. She helps care for her grandchildren. She has two daughters and five grandchildren.  Number six is due any day.  Her husband and her family are the world to her.

Once Mrs. Lloyd understood the destruction and lawlessness of many who entered the U.S. Capitol, she was upset, contrite and remorseful.  Though she did not defile or destroy any property, she acknowledges that her presence may have given comfort to those who committed acts of violence and acts of destruction. She hopes one day to return to the U.S. Capitol in homage and reverence to our country. Though she supported the past president in January,  she totally accepts President Biden as the leader of our country. She respects the rule of law and was horrified when she saw videos of insurgents at the Capitol on January 6, 2021.

I have had many political and ethical discussions with Anna Lloyd. I tendered a booklist to her.  She has read <u>Bury My Heart at Wounded Knee,</u> <u>Just Mercy,</u> and <u>Schindler's List</u> to educate herself about "government policy" toward Native Americans, African Americans and European Jews. We have discussed the books and also about the responsibility of an individual when confronting "wrong".

 She has viewed "Burning Tulsa" on the History Channel,  as well as the films "Just Mercy" and "Mudbound". She watched part of the series on the U.S. Constitution,  produced by the James Madison Montpelier Foundation.  She did this to educate herself and to learn the American history she was not taught in school. She has worked hard to come to terms with what she believed before January 6th, 2021 and what she has learned since then.  She is a fine woman, who respects the rights of others and apologizes to the Court and our country for entering the Capitol-- albeit through an open door. She is terrified and awed by the power of the Court.  She makes no excuses for having entered the U.S. Capitol and in retrospect would never ever have come to Washington in January,2021. She begs the Court not to incarcerate her.

WHEREFORE counsel believes that a Sentence of Probation with forty hours of community service and an Order of $500.00 restitution is a fair, just and appropriate Sentence for Ms. Anna Lloyd.

Respectfully submitted,

_____hhs_____
H. Heather Shaner #273276
1702 S St. NW
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com