## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ANNA MORGAN-LLOYD,

*Defendant.*

Case No. 1:21-cr-164-RCL

### ORDER

Several media organizations (together, the "Press Coalition") have applied for access to defendant's post-conviction community service records kept by the U.S. Probation Office. *See In re Press Coalition's Motion for Access to Community Service Records*, Case No. 1:21-mc-155. It is hereby

**ORDERED** that the parties in this case shall respond to the Press Coalition's application by January 3, 2022; it is further

**ORDERED** that the U.S. Probation Office shall provide to the undersigned's chambers defendant's community service records requested in the Press Coalition's application for *in camera* review; it is further

**ORDERED** that the Clerk of the Court provide a copy of this order to defendant's assigned probation officer and to the Chief United States Probation Officer for the District of Columbia.

**IT IS SO ORDERED.**

Date: _____12/17/21_____

Royce C. Lamberth
United States District Judge

1