**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00164 (RCL)** |
| **v.** | : | |
| | : | |
| **ANNA MORGAN-LLOYD,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO PRESS COALITION'S**
**MOTION FOR ACCESS TO COMMUNITY SERVICE RECORDS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Press Coalition's Motion for Access to Community Service Records (No. 1:21-mc-155) related to Defendant Anna Morgan-Lloyd.  The Government takes no position on the Press Coalition's motion and defers to the judgment of the Court.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that on this  20th day of December 2021, I served a copy of the foregoing

on counsel for the defendant and the counsel for the Press Coalition.


<u>/s/ Joshua S. Rothstein</u>
Joshua S. Rothstein
Assistant United States Attorney