UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.        Cr. 21-cr-164

ANNA MORGAN LLOYD

### MOTION TO ADOPT AND CONFORM MOTION 21-mc-00166 (RBW)

Defendant Anna Morgan Lloyd, by undersigned counsel, respectfully moves this Court to allow her to Adopt and Conform the Motion of Co-defendants Thomas and Lori Vinson filed in Opposition to the Press Coalition's Motion For Access to Community Service Records:

1. Allowing the defendant to adopt the motion of the Vinsons will promote efficiency and conserve resources;

2. Allowing the defendant to adopt the motion of the Vinsons will not prejudice the government as it has taken no position in this matter and defers to the Court;

**WHEREFORE**, the defendant respectfully requests the Court Grant the Motion to Adopt and Conform the Motion of Co-Defendants Thomas and Lori Vinson in 21-mc-00166..

Respectfully submitted,

/s/

H. Heather Shaner, Esq. #273276
Court Appointed Counsel to
Anna Morgan LLoyd
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202  265 8210
hhsesq@aol.com